PHILLIP A. TALBERT
Acting United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEANDREW JORDAN;<br>GRANT BROWNING; AND<br>ATHANASIOS DIMOU,<br><br>Defendants. | CASE NO. 2:16-CR-00133-TLN<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: August 18, 2016<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for a status conference on August 18, 2016.

2. By this stipulation, defendants Deandrew Jordan and Athanasios Dimou, through their undersigned counsel, now move to continue the status conference until September 22, 2016, at 9:30 a.m., and to exclude time between August 18, 2016, and September 22, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form, totaling approximately 100 pages, in addition to several hours of electronic surveillance audio and video recordings. The government has produced a significant amount of the investigative reports to date, and has

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

1

represented to defense counsel that the government is preparing the remainder of the reports, as well as the electronic surveillance discovery, for production.

      b)     Counsel for defendants desire additional time to consult with their respective clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with their clients, and to otherwise prepare for trial.

      c)     Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 18, 2016 to September 22, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 15, 2016    PHILLIP A. TALBERT
Acting United States Attorney

/s/ JAMES R. CONOLLY
JAMES R. CONOLLY
Assistant United States Attorney

Dated:  August 15, 2016    /s/ *James Conolly for*
MICHAEL PETRIK
Counsel for Defendant
Athanasios Dimou

Dated:  August 15, 2016    /s/ *James Conolly for*
CHRIS COSCA
Counsel for Defendant
Deandrew Jordan

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 15th day of August, 2016.

Troy L. Nunley
United States District Judge