PHILLIP A. TALBERT
Acting United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00133-TLN |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| DEANDREW JORDAN; GRANT BROWNING; ATHANASIOS DIMOU, | DATE: October 13, 2016 TIME: 9:30 a.m. COURT: Hon. Troy L. Nunley |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on October 13, 2016.

2. By this stipulation, the parties move to continue the status conference until November 17, 2016, at 9:30 a.m., and to exclude time between October 13, 2016, and November 17, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that it is in the process of producing additional discovery in the form of investigative reports and related documents, as well as electronic surveillance discovery, which the defendants will need time to review, discuss with their counsel, and pursue investigation.

   b) Counsel for defendants believe that failure to grant the above-requested

1 continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 13, 2016 to November 17, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 11, 2016       PHILLIP A. TALBERT
                   Acting United States Attorney

                   /s/ JAMES R. CONOLLY
                   JAMES R. CONOLLY
                   Assistant United States Attorney

Dated:  October 11, 2016       /s/ *Chris Cosca*
                   CHRIS COSCA
                   Counsel for Defendant
                   Deandrew Jordan

Dated:  October 11, 2016       /s/ *Michael Petrik*
                   MICHAEL PETRIK
                   Counsel for Defendant
                   Athanasios Dimou

Dated:  October 11, 2016       /s/ *J. Toney*
                   J. TONEY
                   Counsel for Defendant
                   Grant Browning

**FINDINGS AND ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including November 17, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). It is further ordered that the October 13, 2016 status conference shall be continued until November 17, 2016, at 9:30 a.m.

IT IS SO FOUND AND ORDERED this 11th day of October, 2016.

_____
Troy L. Nunley
United States District Judge