PHILLIP A. TALBERT
Acting United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEANDREW JORDAN;<br>GRANT BROWNING; AND<br>ATHANASIOS DIMOU,<br><br>Defendants. | CASE NO. 2:16-CR-00133-TLN<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: November 17, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for a status conference on November 17, 2016.

2. By this stipulation, defendants Deandrew Jordan, Athanasios Dimou, and Grant Browning, through their undersigned counsel, now move to continue the status conference until December 15, 2016, and to exclude time between November 17, 2016, and December 15, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form, totaling approximately 100 pages, in addition to several hours of electronic surveillance audio and video recordings.

1   The government is in the process of producing the electronic surveillance discovery, which
2   defense counsel will need time to review.

3        b)      Counsel for defendants desire additional time to consult with their respective
4   clients, to review the current charges, to conduct investigation and research related to the
5   charges, to review and copy discovery for this matter, to discuss potential resolutions with their
6   clients, and to otherwise prepare for trial.

7        c)      Counsel for defendants believe that failure to grant the above-requested
8   continuance would deny counsel the reasonable time necessary for effective preparation, taking
9   into account the exercise of due diligence.

10        d)      The government does not object to the continuance.

11        e)      Based on the above-stated findings, the ends of justice served by continuing the
12   case as requested outweigh the interest of the public and the defendant in a trial within the
13   original date prescribed by the Speedy Trial Act.

14        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
15   et seq., within which trial must commence, the time period of November 17, 2016 to
16   December 15, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A),
17   B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants'
18   request on the basis of the Court's finding that the ends of justice served by taking such action
19   outweigh the best interest of the public and the defendant in a speedy trial.

20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER    2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 15, 2016                PHILLIP A. TALBERT
                                         Acting United States Attorney

                                         /s/ JAMES R. CONOLLY
                                         JAMES R. CONOLLY
                                         Assistant United States Attorney

Dated:  November 15, 2016                /s/ *Chris Cosca*
                                         CHRIS COSCA
                                         Counsel for Defendant
                                         Deandrew Jordan

Dated:  November 15, 2016                /s/ *Michael Petrik*
                                         MICHAEL PETRIK
                                         Counsel for Defendant
                                         Athanasios Dimou

Dated:  November 15, 2016                /s/ *J. Toney*
                                         J. TONEY
                                         Counsel for Defendant
                                         Grant Browning

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

3

**FINDINGS AND ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including December 15, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). It is further ordered that the November 17, 2016 status conference shall be continued until December 15, 2016, at 9:30 a.m.

IT IS SO FOUND AND ORDERED this 15th day of November, 2016.

_____
Troy L. Nunley
United States District Judge