PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>DEANDREW JORDAN;<br>GRANT BROWNING; and<br>ATHANASIOS DIMOU<br><br>                    Defendant. | Case No. 2:16-CR-00133-TLN<br><br>**STIPULATION AND [PROPOSED] PROTECTIVE ORDER REGULATING DISCOVERY** |

Pursuant to Federal Rule of Criminal Procedure 16(d), the United States, by and through

Assistant U.S. Attorney James Conolly, and Defendants Deandrew Jordan, Grant Browning, and

Athanasios Dimou (collectively, "Defendants"), by and through their individual counsel of record

("Defense Counsel"), Chris Cosca, J. Toney, and Michael Petrik, respectively, stipulate and agree, and

request respectfully that the Court find and order as follows:

1.      As of the date of this stipulation and order, the Government has produced discovery to

defendants in the form of investigative reports and other documents.

2.      The Government has in its possession 13 DVD's of electronic surveillance recordings,

including video and audio recordings, as well as photographs, that may be required under its discovery

obligations, but even if not required, may facilitate Defendants' trial preparation.  The electronic

surveillance records the faces and voices of both confidential informants and undercover law

STIPULATION AND [PROPOSED] ORDER
REGULATING DISCOVERY

1

1 enforcement agents, whose identities should be protected.  To ensure this protection, the parties agree

2 that the electronic surveillance on these DVD's, in addition to any other video, audio, or photographic

3 recordings that may become part of the discovery in this case, will be considered "Protected Material" as

4 described in this stipulation and order, as will any other discovery marked as "Protected Material."

5        3.      The purpose of this stipulation and order is to establish protocol for Defense Counsels'

6 receipt and handling of Protected Material in this case, as well as any designated employees, and any

7 other individuals who receive access to any Protected Material and the information therein.

8        4.      The Government will produce copies of the Protected Material in the form of encrypted

9 DVD's, marked with "Protected Material," Bates labeled as the next numbers in the sequence of

10 discovery already produced.  This discovery, and any subsequent material discovered by the

11 Government and produced to Defense Counsel using the "Protected Material" indication, shall be

12 considered Protected Material.

13        5.      All Protected Material in this case is and forever remains property of the Government.  It

14 is entrusted to Defense Counsel only for purposes of representation of Defendant during this case.

15        6.      Defense Counsel shall not give any Protected Material to any person other than Defense

16 Counsel's staff assisting in preparation of the present case.  The term "staff" shall explicitly include only

17 attorneys, paralegals, legal assistants, and investigators assisting Defense Counsel in the present matter.

18 The term excludes any other defendant in this matter (uncharged or otherwise) or any other pending

19 matter against Defendants separately; any other counsel or professional hired, retained, or otherwise

20 working on behalf of the Defendants; and any other person other than those specifically authorized to

21 see Protected Material under this paragraph.

22        7.      Any person receiving access to the Protected Material from Defense Counsel shall be

23 bound by the same obligations as Defense Counsel and may not give any Protected Material to anyone.

24        8.      Defense Counsel also shall not put the Protected Material into the custody, care, or

25 control of their individual clients, the Defendants, for any reason, or at any time, including the resolution

26 of this case, with the exception that the individual Defendants have the right to review the Protected

27 Material to assist their counsel in preparing their defenses and for trial.  Defense Counsel shall retain all

28 Protected Material in their files at the conclusion of all matters related to this case, in accordance with

STIPULATION AND [PROPOSED] ORDER       2
REGULATING DISCOVERY

1    applicable laws and rules of professional conduct.

2        9.     Defense Counsel agree that no members of their individual client's family, friends of

3    their client, personal or professional associates of their client, or any other person affiliated with their

4    client shall be given access to any Protected Material or its contents in any manner, for any reason.

5        10.     Defense Counsel may make copies of Protected Material and may take written or typed

6    notes summarizing it in connection with preparation of the case.  If necessary to the litigation of the

7    instant matter, Defense Counsel may also have audio or video forms of Protected Material transcribed.

8    All notes, copies, duplicates, summaries, transcripts, or other representations of or concerning the

9    information in the Protected Material comprises "Protected Material" itself, must be affixed with the

10    corresponding bates numbers and the "Protected Material" ledger, and is subject to all terms of this

11    stipulation and order.

12        11.     Defense Counsel shall maintain a list of persons to whom any Protected Material is being

13    or has been given.  Such persons shall be provided with a copy of the executed version of this stipulation

14    and order, shall sign their full names to a copy on Attachment A to this stipulation, thereby indicating

15    that they understand its terms and are bound by them.  If Defense Counsel is replaced for any reason, or

16    if new counsel is appointed in any phase of the matter, the new counsel shall not have access to any

17    Protected Material until and unless they sign a copy of this stipulation and order, under the terms

18    described in this paragraph.

19        12.     Defense Counsel may use the Protected Material in the defense of their individual client

20    in the instant case in any manner deemed essential to represent him adequately (*i.e.*, in motions that are

21    filed under seal, if necessary; in *ex parte* applications as may be needed; and in reproducing and

22    summarizing Protected Material for use in trial preparation summaries, exhibits and as evidence, as may

23    be needed), consistent with this stipulation and order as it shall be originally prepared and signed, and its

24    purpose of maintaining the confidentiality of the Protected Material.

25        13.     In the event Defense Counsel needs to use any Protected Material in a manner not

26    authorized under this stipulation and order, Defense Counsel is entitled to seek to have this stipulation

27    and order amended by the District Court, either by stipulation with the Government and all other

28    counsel, or after having given notice to counsel for the Government, in a hearing before the District

STIPULATION AND [PROPOSED] ORDER
REGULATING DISCOVERY

1    Court, in order to meet the obligations under the Sixth Amendment to the United States Constitution.

2         14.    Defense Counsel and any authorized members of Defense Counsel's staff are authorized

3    to discuss with their individual clients the contents of the Protected Material.  Defense Counsel and

4    authorized members of their staff, however, are prohibited from in any way giving Defendant any

5    Protected Material or any memorialization of the content of any of it, such as: any of the Protected

6    Material itself; copies of any of the Protected Material; copies of excerpts of any of the Protected

7    Material; or summaries of any of the Protected Material.  This prohibition will not extend to Defendant

8    viewing the Protected Material, either with their individual counsel, or in open court should any of these

9    materials or summaries thereof be used in the litigation of this case.

10

11                                                       Respectfully Submitted,

12   Dated:  November 30, 2016                    PHILLIP A. TALBERT
                                                  United States Attorney
13
                                                  /s/ *James R. Conolly*
14                                                JAMES R. CONOLLY
                                                  Assistant United States Attorney
15

16   Dated:  November 30, 2016                    /s/ *Chris Cosca*
                                                  CHRIS COSCA
17                                                Counsel for Defendant
                                                  Deandrew Jordan
18

19   Dated:  November 30, 2016                    /s/ *Michael Petrik*
                                                  MICHAEL PETRIK
20                                                Counsel for Defendant
                                                  Athanasios Dimou
21
     Dated:  November 30, 2016                    /s/ *J. Toney*
22                                                J. TONEY
                                                  Counsel for Defendant
23                                                Grant Browning

24

25

26

27

28

     STIPULATION AND [PROPOSED] ORDER                    4
     REGULATING DISCOVERY

1

**Attachment A**

2      By signing below, I indicate the following: I have read the STIPULATION AND PROTECTIVE

3  ORDER REGULATING DISCOVERY, in the matter of *United States v. Jordan, et al.*, Case No. 2:16-

4  cr-00133-TLN.  I am employed or retained to assist Defense Counsel, indicated below, to represent

5  Defense Counsel's client in this matter.  I understand the terms of the stipulation and order, and I agree

6  to be bound by them.

7

| Date | Signature | Print Name | Employed or Retained by [Name of Defense Counsel] |
|---|---|---|---|
| | | | |

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER             5
REGULATING DISCOVERY

**O R D E R**

Based upon the agreement of the parties and pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, the Court adopts the proposed stipulation regulating certain discovery in this case. IT IS HEREBY ORDERED that each of the terms described in the stipulation of the parties shall govern the Protective Material as defined in the stipulation in this case.

**IT IS SO ORDERED**.

Dated:  December 7, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE