J Toney
Attorney at Law
SBN 43143
P.O. Box 1515
Woodland, California 95776
yoloconflict@aol.com
Ph/Fax 530-666-1908
Attorney for Grant Browning

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:16-cr-133-TLN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| v. | **Date: Feb. 9, 2017** |
| GRANT BROWNING, et al., | **Time: 9:30 AM** |
| Defendants. | **Courtroom Two** |

   All parties Stipulate that the status conference now set for December 15, 2016 be continued to February 9, 2017 and request The Court so order.  This continuance is needed for Defendant's Lawyers to review several CDs that have been recently provided to them.  Failure to allow this continuance would not give counsel sufficient time to prepare for trial.

   The parties further stipulate that time for trial under the Speedy Trial Act be excluded pursuant to 18 U.S.C. 3161(h)(7)(A), B(iv) [Local Code T4] until February 9, 2017, and that the need

1

for preparation required a finding that the ends of justice outweigh the best interest of the public and Defendants in a speedy trial.

Dated December 13, 2016                PHILLIP A. TALBERT
                                       Acting U.S. Attorney

                                       /s/ JAMES R. CONOLLY
                                       Assistant U.S. Attorney

                                       /s/ J TONEY
                                       J Toney
                                       Attorney for Grant Browning

                                       /s/ CHRIS COSCA
                                       Chris Cosca
                                       Attorney for Deandrew Jordan

                                       /s/ MICHAEL PETRIK
                                       Attorney for Athanasios Dimou

**ORDER**

For the reasons stated above, the requested continuance is granted until February 9, 2017, at 9:30 a.m.

IT IS SO ORDERED.

DATED: December 13, 2016

Troy L. Nunley
United States District Judge