IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DEANDREW JORDAN,<br><br>　　　　　　　　　Defendant. | CASE NO.  2:16-CR-00133-TLN<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |

　　　　Pursuant to Local Rule 141(b) and based upon the representation contained in Defendant's Request to Seal (ECF No. 49), IT IS HEREBY ORDERED that both Defendant's Request to Seal (ECF No. 49) and the Plea Agreement pertaining to Defendant Deandrew Jordon shall be SEALED until further order of this Court.

　　　　It is further ordered that access to the sealed documents shall be limited to the Government and counsel for Defendant.

　　　　The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990) and In re Copley Press, Inc., 518 F.3d 1022, 1028 (9th Cir. 2008).  The Court finds that, for the reasons stated in Defendant's Request, sealing the Plea Agreement and Defendant's Request to Seal serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by Defendant would be harmed. The

////

Court finds that there are no additional alternatives to sealing the Plea Agreement and Defendant's Request to Seal that would adequately protect the compelling interests identified by Defendant.

Dated: March 20, 2017

Troy L. Nunley
United States District Judge