PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00133-TLN |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE JUDGMENT AND SENTENCING; FINDINGS AND ORDER |
| v. | DATE: May 25, 2017 |
| DEANDREW JORDAN, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for judgment and sentencing for defendant Deandrew Jordan only, on May 25, 2017, at 9:30 a.m., with deadlines for the parties to the sentencing, the United States and the defendant (collectively, the "Parties"), wishing to file sentencing memoranda set for 7 days in advance, and to file responses thereto set for 3 days in advance, of the date set for judgment and sentencing.

2. By this stipulation, the Parties move to continue the sentencing until June 1, 2017, at 9:30 a.m.

3. The Parties agree and stipulate, and request that the Court find the following:

   a) The Parties have been diligent in preparing for judgment and sentencing.

   b) The Parties agree that extra time is warranted for proper preparation for sentencing, and submission of sentencing memoranda and any responses thereto.

   c) The deadline for the Parties to file sentencing memoranda should be extended to

May 25, 2017 (7 calendar days in advance of the proposed date judgement and sentencing).

      d)     The deadline for Parties to file responses thereto should be extended to May 29, 2017 (3 calendar days in advance of the proposed date for judgment and sentencing).

IT IS SO STIPULATED.

Dated: May 18, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ JAMES R. CONOLLY
JAMES R. CONOLLY
Assistant United States Attorney

Dated: May 18, 2017

/s/ *Chris Cosca*
CHRIS COSCA
Counsel for Defendant
Deandrew Jordan

**FINDINGS AND ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the Parties' stipulation, and good cause appearing therefore, adopts the Parties' stipulation in its entirety as its order.

It is further ORDERED that the hearing set for the May 25, 2017 judgment and sentencing for Deandrew Jordan is vacated and a new judgement and sentencing hearing is set for June 1, 2017, at 9:30 a.m.

If either of the Parties wishes to file a sentencing memorandum in advance of imposition of judgment and sentencing, said memorandum shall be filed on or before 5:00 p.m., seven (7) calendar days in advance of the date set for judgment and sentencing. Any response thereto shall be filed on or before 3:00 p.m., (3) calendar days in advance of the date set for judgment and sentencing.

IT IS SO FOUND AND ORDERED this 19th day of May, 2017.

_____
Troy L. Nunley
United States District Judge