| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
|   | United States Attorney |
| 2 | JAMES R. CONOLLY |
|   | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
|   | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
|   | Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff |
|   | United States of America |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-0133-TLN |
|---|---|
| Plaintiff, | ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |
| v. | |
| DEANDREW JORDAN, GRANT BROWNING, and ATHANASIOS DIMOU, | |
| Defendants. | |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Government's Request to Seal, IT IS HEREBY ORDERED that the government's three-page supplement to its sentencing memorandum, pertaining to defendant Deandrew Jordan, and the government's Request to Seal, shall be SEALED until further order of this Court.

IT IS FURTHER ORDERED that access to the sealed documents shall be limited to the government and counsel for the defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the government's request, sealing the aforementioned memorandum serves a compelling interest.

///

///

///

The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the government's memorandum that would adequately protect the compelling interests identified by the government.

Dated: June 1, 2017

_____
Troy L. Nunley
United States District Judge