1 | LAW OFFICE OF TODD D. LERAS
2 | Todd D. Leras, CA SBN 145666
  | 455 Capitol Mall, Suite 802
3 | Sacramento, California 95814
  | (916) 504-3933
4 | toddleras@gmail.com
5 | Attorney for Defendant
  | ATHANASIOS DIMOU

**FILED**

SEP 13 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

  Plaintiff,

vs.

ATHANASIOS DIMOU,

  Defendant.

Case No.: 2:16-CR-133 TLN

LIMITED WAIVER OF PERSONAL APPEARANCE AND [PROPOSED] ORDER

Athanasios Dimou, defendant in the above-entitled action, hereby waives his right to be present in open court for hearing on his "Motion for Temporary Release (hereafter referred to as the "Release Motion")" as provided in Rule 43 of the Federal Rules of Criminal Procedure. The appearance waiver is limited to the original hearing on the Release Motion set for September 13, 2018. The waiver does not extend to status conferences, arraignment, entry of plea, change of plea, or any trial stage from impanelling a jury to verdict, nor does it apply to imposition of

WAIVER OF APPEARANCE

1  sentence.

2      The defendant requests that the Court proceed with the Release Motion in his absence.

3-6 Defendant further agrees that his interests as to the Release Motion will be deemed represented at all times by the presence of his attorney in the same manner as if he were personally present in court.

7  DATED: September 11, 2018

                      By   /s/ Athanasios Dimou
                            ATHANASIOS DIMOU
                            Defendant
                            (Original Form Retained by Counsel)

11-13 I agree with and consent to Defendant Athanasios Dimou's waiver of personal appearance at the hearing on his "Motion for Temporary Release."

14  DATED: September 13, 2018

                      By   /s/ Todd D. Leras
                            TODD D. LERAS
                            Attorney for Defendant
                            ATHANASIOS DIMOU

19  IT IS SO ORDERED.

20  Dated: September 13, 2018

                            CAROLYN K. DELANEY
                            UNITED STATES MAGISTRATE JUDGE

28  WAIVER OF APPEARANCE