1  LAW OFFICE OF TODD D. LERAS
   Todd D. Leras, CA SBN 145666
2  455 Capitol Mall, Suite 802
3  Sacramento, California 95814
   (916) 504-3933
4  toddleras@gmail.com
   Attorney for Defendant
5  ATHANASIOS DIMOU

FILED

SEP 13 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

6

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11

   UNITED STATES OF AMERICA,              Case No.: 2:16-CR-133 TLN
12
              Plaintiff,
13
   vs.                                     LIMITED WAIVER OF PERSONAL
14                                         APPEARANCE AND [PROPOSED] ORDER

15 ATHANASIOS DIMOU,

16            Defendant.

17

18

19

20

21      Athanasios Dimou, defendant in the above-entitled action, hereby waives his right to be

22 present in open court for hearing on his "Motion for Temporary Release (hereafter referred to as

23 the "Release Motion")" as provided in Rule 43 of the Federal Rules of Criminal Procedure.  The

24 appearance waiver is limited to the original hearing on the Release Motion set for September 13,

25 2018.  The waiver does not extend to status conferences, arraignment, entry of plea, change of

26 plea, or any trial stage from impanelling a jury to verdict, nor does it apply to imposition of

27

28 WAIVER OF APPEARANCE

sentence.

The defendant requests that the Court proceed with the Release Motion in his absence.

Defendant further agrees that his interests as to the Release Motion will be deemed represented

at all times by the presence of his attorney in the same manner as if he were personally present in

court.

DATED:  September 11, 2018

By ___/s/ Athanasios Dimou_____
    ATHANASIOS DIMOU
    Defendant
    (Original Form Retained by Counsel)

I agree with and consent to Defendant Athanasios Dimou's waiver of personal

appearance at the hearing on his "Motion for Temporary Release."

DATED:  September 13, 2018

By ___/s/ Todd D. Leras_____
    TODD D. LERAS
    Attorney for Defendant
    ATHANASIOS DIMOU

IT IS SO ORDERED.

Dated:  September  /3  , 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

WAIVER OF APPEARANCE