LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ATHANASIOS DIMOU

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ATHANASIOS DIMOU,<br><br>　　　　Defendant. | Case No.: 2:16-CR-133 TLN<br><br>REQUEST TO FILE DOCUMENTS UNDER SEAL; ORDER<br><br>Date:　November 7, 2019<br>Time:　2:00 p.m.<br>Court:　Hon. Kendall J. Newman |

Pursuant to Local Rule 14(b) and based upon the representations contained in Defendant's Request to Seal, IT IS SO FOUND AND ORDERED THAT, the DECLARATIONS OF INVESTIGATOR FRED SCOVILLE AND MARY WATSON IN SUPPORT OF A MOTION FOR TEMPORARY RELEASE, shall be sealed until further order of this Court.

Dated: November 7, 2019

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

PROPOSED ORDER TO SEAL